```
 1  DANIEL J. BRODERICK, Bar #89424
    Federal Defender
 2  DOUGLAS BEEVERS, U.S.V.I. Bar #766
    Assistant Federal Defender
 3  Designated Counsel for Service
    801 I Street, 3rd Floor
 4  Sacramento, California 95814
    Telephone: (916) 498-5700
 5

 6  Attorney for Defendant
    EMILIO ALVARADO-HERCULES
 7

 8

 9              IN THE UNITED STATES DISTRICT COURT

10            FOR THE EASTERN DISTRICT OF CALIFORNIA

11

12  UNITED STATES OF AMERICA,    ) No.  CR. S-10-0048-FCD
                                 )
13             Plaintiff,        ) STIPULATION AND ORDER
                                 ) TO CONTINUE STATUS CONFERENCE AND
14       v.                      ) ADMIT/DENY HEARING
                                 )
15  EMILIO ALVARADO-HERCULES     )
                                 ) Date:  November 15, 2010
16             Defendant.        ) Time:  10:00 a.m.
                                 ) Judge: Hon. Frank C. Damrell, Jr.
17  _____)
```

IT IS HEREBY STIPULATED between the parties, MICHELE BECKWITH, Assistant United States Attorney, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant EMILIO ALVARADO-HERCULES, that the status conference hearing of November 1, 2010 be vacated, and the matter be set for status conference hearing on November 15, 2010 at 10:00 a.m.

The reason for the continuance is to allow the parties additional time to negotiate a resolution in this matter. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

1    IT IS STIPULATED that the period from the signing of this Order, up
2 to and including November 15, 2010 be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant to
4 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation
5 of counsel.
6 Dated: October 29, 2010

7                                         Respectfully submitted,

8                                         DANIEL BRODERICK
                                          Federal Defender
9

10                                        /s/ Douglas Beevers
                                          _____
11                                        DOUGLAS BEEVERS
                                          Assistant Federal Defender
12                                        Attorney for Defendant
                                          EMILIO ALVARADO-HERCULES
13

14 Dated:  October 29, 2010

15                                        BENJAMIN B. WAGNER
                                          United States Attorney
16

17                                        /s/ Michele Beckwith
                                          _____
18                                        MICHELE BECKWITH
                                          Assistant U.S. Attorney
19

20

21                                   **ORDER**

22    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
23 ordered that the status conference hearing presently set for November 1,
24 2010, be continued to November 15, 2010 at 10:00 a.m. Based on the
25 representation of defense counsel and good cause appearing therefrom, the
26 Court hereby finds that the failure to grant a continuance in this case
27 would deny defendant reasonable time necessary for effective preparation,
28 taking into account the exercise of due diligence. The Court finds that

Stip and Order                           -2-

1  the ends of justice to be served by granting a continuance outweigh the
2  best interests of the public and the defendant in a speedy trial. It is
3  ordered that time from the date of this Order, up to and including,
4  November 15, 2010 be excluded from computation of time within which the
5  trial of this matter must be commenced under the Speedy Trial Act
6  pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow
7  defense counsel time to prepare.

8  Dated:   October 29, 2010

10  _____
    FRANK C. DAMRELL, JR.
11  UNITED STATES DISTRICT JUDGE