```
DANIEL J. BRODERICK, Bar #89424
Federal Defender
DOUGLAS BEEVERS, U.S.V.I. Bar #766
Assistant Federal Defender
Designated Counsel for Service
801 I Street, 3rd Floor
Sacramento, California 95814
Telephone: (916) 498-5700


Attorney for Defendant
EMILIO ALVARADO-HERCULES
```

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| UNITED STATES OF AMERICA, | ) No. CR. S-10-0048-FCD |
|---|---|
| Plaintiff, | ) STIPULATION AND ORDER |
| | ) TO CONTINUE STATUS CONFERENCE |
| v. | ) |
| EMILIO ALVARADO-HERCULES | ) Date: December 6, 2010 |
| | ) Time: 10:00 a.m. |
| Defendant. | ) Judge: Hon. Frank C. Damrell, Jr. |
| _____ | ) |

IT IS HEREBY STIPULATED between the parties, MICHELE BECKWITH, Assistant United States Attorney, and DOUGLAS BEEVERS, Assistant Federal Defender, attorney for defendant EMILIO ALVARADO-HERCULES, that the status conference hearing of November 15, 2010 be vacated, and the matter be set for status conference hearing on December 6, 2010 at 10:00 a.m.

The reason for the continuance is to allow defense counsel additional time to review evidence and to allow the parties additional time to negotiate a resolution in this matter. The parties agree a continuance is necessary for this purpose, and agree to exclude time under the Speedy Trial Act accordingly.

1    IT IS STIPULATED that the period from the signing of this Order, up
2 to and including December 6, 2010 be excluded in computing the time
3 within which trial must commence under the Speedy Trial Act, pursuant to
4 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T4, for ongoing preparation
5 of counsel.

6 Dated: November 10, 2010

7                                          Respectfully submitted,

8                                          DANIEL BRODERICK
                                           Federal Defender
9

10                                         /s/ Douglas Beevers
                                           _____
11                                         DOUGLAS BEEVERS
                                           Assistant Federal Defender
12                                         Attorney for Defendant
                                           EMILIO ALVARADO-HERCULES
13

14 Dated: November 10, 2010

15                                         BENJAMIN B. WAGNER
                                           United States Attorney
16

17                                         /s/ Michele Beckwith
                                           _____
18                                         MICHELE BECKWITH
                                           Assistant U.S. Attorney
19

20

21                                **ORDER**

22    UPON GOOD CAUSE SHOWN and the stipulation of all parties, it is
23 ordered that the status conference hearing presently set for November 15,
24 2010, be continued to December 6, 2010 at 10:00 a.m. Based on the
25 representation of defense counsel and good cause appearing therefrom, the
26 Court hereby finds that the failure to grant a continuance in this case
27 would deny defendant reasonable time necessary for effective preparation,
28 taking into account the exercise of due diligence. The Court finds that

the ends of justice to be served by granting a continuance outweigh the best interests of the public and the defendant in a speedy trial. It is ordered that time from the date of this Order, up to and including, December 6, 2010 be excluded from computation of time within which the trial of this matter must be commenced under the Speedy Trial Act pursuant to 18 U.S.C. § 3161(h)(7)(B)(iv) and Local Code T-4, to allow defense counsel time to prepare.

Dated:   November 10, 2010

_____
FRANK C. DAMRELL, JR.
UNITED STATES DISTRICT JUDGE